**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

JENNIFER GOLDMAN,                                    :     CASE NO.: 7:12-cv-07592-LMS
on behalf of herself and a class,                     :
                                                                      :
                                    Plaintiff,            :
                                                                      :
                                                                      :         ~~[PROPOSED]~~
                        vs.                                    :     **FINAL APPROVAL ORDER**
                                                                      :
HORIZON FINANCIAL MANAGEMENT,      :
LLC,                                                              :
                                                                      :
                                    Defendant.        :
_____ x

Upon consideration of the Parties' request for final approval of the Class Settlement

Agreement ("Agreement") between Plaintiff, Jennifer Goldman ("Plaintiff"), individually, and as

representative of the class of persons defined below ("Settlement Class"), and Defendant,

Horizon Financial Management, LLC ("Defendant"), the Court orders and finds as follows:

        1.        This Court has jurisdiction over the subject matter of this lawsuit, Plaintiff,

Settlement Class members, and Defendant.

        2.        The following Settlement Class is certified pursuant to Fed. R. Civ. P. 23(b)(3):

            All persons with addresses in the State of New York to whom Defendant
            mailed a notice for the purpose of complying with 15 U.S.C. §1692g,
            which failed to (i) state that a dispute must be made in writing in order to
            obtain verification of the debt, and (ii) state that upon the consumer's
            written request, Defendant would provide the name and address of the
            original creditor, during a period beginning on October 11, 2011, and
            ending on October 31, 2012.

        3.        Based on the Parties' stipulations: (A) the Settlement Class as defined is

sufficiently numerous such that joinder is impracticable; (B) common questions of law and fact

predominate over any questions affecting only individual Settlement Class members, and

included whether or not Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§

1692, *et seq.* by sending consumers initial written collection communications, which misrepresented the consumer's statutory rights to dispute the alleged debt and obtain verification by failing to inform the consumer that: (i) to obtain verification of the debt the consumer must dispute the debt in writing; and (ii) the consumer has the right to request verification of the original creditor's name and address; (C) the claim of Plaintiff is typical of the Settlement Class members' claims; (D) Plaintiff is an appropriate and adequate representative for the Class and her attorneys, Andrew T. Thomasson, William F. Horn, and Abraham Kleinman, are hereby appointed as Class Counsel; and (E) a class action is the superior method for the fair and efficient adjudication of the claims of the Settlement Class members.

4.     The Court approved a form of notice for mailing to the Settlement Class. The Court is informed that actual notice was sent by first class mail to approximately 2,968 Settlement Class members by First Class, Inc., the third-party settlement administrator. A total of 184 envelopes were returned by the United States Postal Service; 72 notices were returned with forwarding addresses and successfully re-mailed. One Settlement Class member requested exclusion, and no objections were filed or received. A total of 149 Settlement Class members returned the proof of claim form and are entitled to a share of the monetary benefits of the settlement.

5.     On May 30, 2014, the Court held a fairness hearing to which Settlement Class members, including any with objections, were invited. Excluded from the Settlement Class are those persons, identified in Exhibit A hereto, who timely and validly requested exclusion and whose notice was returned as undeliverable.

6.     The Court finds that provisions for notice to the class satisfy the requirements due process pursuant to the Federal Rules of Civil Procedure, including Rule 23, the United States Constitution and any other applicable law.

7.      The Court finds that the settlement is fair, reasonable, and adequate and hereby finally approves the Agreement submitted by the Parties, including the Release and payments by Defendant. Upon the Effective Date, as that term is defined in the Agreement, Defendant shall make the following payments:

(a)     Defendant will create a class settlement fund of $5,000.00 ("Class Recovery"), which Class Counsel shall distribute *pro rata* among those Settlement Class Members who did not exclude themselves and who timely return a claim form ("Claimants"). Claimants will receive a *pro rata* share of the Class Recovery by check. Checks issued to Claimants will be void sixty (60) days from the date of issuance. Any checks that have not been cashed by the void date, along with any unclaimed funds remaining in the Class Recovery, will be donated as a *cy pres* award to the New York Legal Assistance Group, which is located at 7 Hanover Square, 18th Floor, New York, New York 10004.

(b)     Defendant shall pay Plaintiff $2,000.00.

(c)     Class Counsel shall receive attorneys' fees and costs in the amount of $65,000.00. Class Counsel shall not request additional fees or costs from Defendant or the Settlement Class members.

8.      The Parties grant the following releases:

(a)     Plaintiff, including each and every one of her respective agents, representatives, attorneys, heirs, assigns, or any other person acting on her behalf or for her benefit, and any person claiming through her (collectively "Releasors"), releases and discharges Defendant, as well as its parent corporations, predecessors and successors in interest and present and former affiliates, subsidiaries, insurers, officers, directors, agents, employees, members, shareholders, general partners, limited partners, beneficiaries, representatives, attorneys, or assigns, (in their respective capacities as officers, directors, agents, employees, members, shareholders, general partners, limited partners, beneficiaries, representatives, attorneys, or assigns for Defendant) (collectively, "Released Parties"), from all causes of action, suits, claims, or demands, in law or in equity, known or unknown at this time which Releasors now have or ever had against the Released Parties, or any of them, under any legal theory, whether or not alleged, related to or arising from matters that occurred from the beginning of time up through the Effective Date. Without limiting the generality of the foregoing, Releasors release Released Parties of all claims that were made or that could have been made in this lawsuit including all claims relating to Defendant's collection activity.

(b)     Each member of the Settlement Class who did not opt out releases and discharges the RELEASED PARTIES of all causes of action, suits, liability and claims including the payment of attorney's fees and costs arising from or relating to

Defendant's collection letter that is attached as Exhibit A to Plaintiff's complaint in this action [Doc. 1].

(c)     Plaintiff and each Settlement Class member DO NOT release any defense they may have with respect to the underlying debts which Defendant was attempting to collect, including (i) whether any debt is in fact owed, (ii) the crediting of payments on any debt, or (iii) the proper reporting of any debts to credit bureaus.

(d)     Defendant does NOT release its claims, if any, against Plaintiff or any member of the Settlement Class for the payment of their debts. The underlying debts Defendant sought to collect are not unaffected by the Agreement. The Agreement does not prevent Defendant from continuing to attempt to collect the debts allegedly owed by the Settlement Class members.

9.      The Court finds the Agreement is fair and made in good faith.

10.     The terms of the Agreement are incorporated into this Order. This Order shall operate as a final judgment and dismissal without prejudice of the claims in this action.

11.     The Court finds, in accordance with Fed. R. Civ. P. 54(b), that there is no just reason for delay of enforcement of, or appeal from, this Order.

12.     The Court retains exclusive jurisdiction to enforce the terms and provisions of the Agreement and this order.

13.     The Parties are hereby ordered to comply with the terms of the Agreement and this Order.

**IT IS SO ORDERED:**

HONORABLE LISA MARGARET SMITH
Magistrate Judge, United States District Court

Dated:   5/30/14

# EXHIBIT "A"

## CLASS MEMBER EXCLUSIONS:

LONG, ALICIA M.          P.O. BOX 3, POND EDDY, NY 12770

## UNDELIVERABLE CLASS NOTICES:

| name | address | city | state | zip |
|---|---|---|---|---|
| MACKEY, RICHARD | 13 JOHNSON RD | CHESTER | NY | 10918-1143 |
| GRIFFITH, HOLLY | 20 HIGH ST | CHESTER | NY | 10918-1229 |
| GIAMO, NICOLE | 8 MAIN ST | CHESTER | NY | 10918-1282 |
| LYNCH, DANICA | 165 MAIN ST | CHESTER | NY | 10918-1326 |
| GAUCHER, ALLISON | 114 S MAIN ST | FLORIDA | NY | 10921-1806 |
| MANN, DOUGLAS | 34 ROE PL | FLORIDA | NY | 10921-1929 |
| WOJTAK, KENNETH | 7 GREEN MEADOW RD | FLORIDA | NY | 10921-3028 |
| REUTER, BETTY JO | 151 MURRAY AVE | GOSHEN | NY | 10924-1114 |
| FAULKNER, CONCETTA R | 23 YANKEE MAID LN | GOSHEN | NY | 10924-2600 |
| BRISKIE, JOSEPH | 271B RESERVOIR RD | GOSHEN | NY | 10924-5853 |
| WOOD, BRIAN | 354 PULASKI HWY | GOSHEN | NY | 10924-7045 |
| WESLOWSKI, JULIA | PO BOX 433 | PINE ISLAND | NY | 10969-0433 |
| AHO, NICHOLAS | 6 SPRING ST | WARWICK | NY | 10990-1313 |
| VANDUNK, IONA | 1 IVY PL | WARWICK | NY | 10990-1914 |
| TYRRELL, JOHN | 22 OLD BROOK LN | WARWICK | NY | 10990-3311 |
| FLETCHER, ROBERT JR | PO BOX 997 | SUFFERN | NY | 10901-0997 |
| WHITE, RUCHANA | 60 TRANQUILITY RD | SUFFERN | NY | 10901-2510 |
| GLUSKO, MARILYN | 200 LAFAYETTE AVE APT 409 | SUFFERN | NY | 10901-4716 |
| FUSCO, ROD | 255 LAFAYETTE AVE | SUFFERN | NY | 10901-4812 |
| METIAS, HENRY | 148 ADAM ST | LAFAYETTE | NJ | 07848 |
| BARAHONA, JUAN | 94 ORANGE AVE APT 2 | SUFFERN | NY | 10901-5408 |
| DELEON, MARIA | 29 WAYNE AVE | SUFFERN | NY | 10901-5430 |
| CASTORA, DOROTHY | 12 CHESTNUT ST APT B306 | SUFFERN | NY | 10901-5433 |
| AMAYA, MARIA | 5 OAKDALE MNR APT A16 | SUFFERN | NY | 10901-5718 |
| SELLINGER, BRETT | PO BOX 580 | GREENWOOD LAKE | NY | 10925-0580 |
| GILSON, MEGHAN | PO BOX 861 | GREENWOOD LAKE | NY | 10925-0861 |
| MACIAG, SCOTT | 106 TONDO CIR | HARRIMAN | NY | 10926-3458 |
| ROSE, JACKIE | 20 ADDISON BOYCE DR | NEW CITY | NY | 10956-1261 |
| ADAMS, DERWIN | 138 S LITTLE TOR RD | NEW CITY | NY | 10956-3126 |
| VILLMANN, WILLIAM C | 60 NEW HEMPSTEAD RD | NEW CITY | NY | 10956-3628 |
| CHACKO, THOMAS | 4 TEMPLAR CT | NEW CITY | NY | 10956-7029 |
| WEISSMAN, EMMA A | 60 THIELLS MOUNT IVY RD | POMONA | NY | 10970-2303 |
| DALY, LAWRENCE | 32 DUNNIGAN DR | POMONA | NY | 10970-2664 |
| GRIFFITHS, JULIE | 72 PARKWAY TRAILER CT | POMONA | NY | 10970-3127 |
| PORTIER, DOUGLAS R | 50 SANATORIUM RD | POMONA | NY | 10970-3555 |
| GERON, ANDY | 2 BREVOORT DR APT 2A | POMONA | NY | 10970-4014 |
| GAGLIARDO, DIANE | 123 ZUGIBE CT | WEST HAVERSTRAW | NY | 10993-1243 |
| ROSENBLATT, SARA | 39 HORTON DR | MONSEY | NY | 10952-2849 |
| FRANCOIS, MELICA | 9 FLETCHER RD APT 9K | MONSEY | NY | 10952-3211 |

| | | | | |
|---|---|---|---|---|
| FIRSENKO, IPCEHKO | 12 FLETCHER RD APT B | MONSEY | NY | 10952-3214 |
| DEMKIN, VASILI | 35 FLETCHER RD APT H | MONSEY | NY | 10952-3237 |
| ADDAMS, GEORGE | 15 MONSEY BLVD | MONSEY | NY | 10952-3356 |
| GARDINER, ROBERT | 15 MONSEY BLVD | MONSEY | NY | 10952-3356 |
| ESPOSITO, JENNIFER A | 15 DE RONDE RD | MONSEY | NY | 10952-4015 |
| FIRESTONE, DOVID | 11 BALANCHINE CT | MONSEY | NY | 10952-4535 |
| GALETTE, REGINALD | 142 KEARSING PKWY APT C | MONSEY | NY | 10952-7245 |
| BRAVO, ERIC | 166 SUMMIT PARK RD | SPRING VALLEY | NY | 10977-1217 |
| FELICE, DOROTHY | 661 N MAIN ST | SPRING VALLEY | NY | 10977-2319 |
| STEINHAUER, MATTHEW | 30 STATE ST | SPRING VALLEY | NY | 10977-3011 |
| BARNELL, KENDAL | 19 TRINITY AVE | SPRING VALLEY | NY | 10977-3025 |
| CARPIO, GUILLERMO | 120 UNION RD | SPRING VALLEY | NY | 10977-3403 |
| GIRON LEMUS, CLAUDIA | 134 UNION RD | SPRING VALLEY | NY | 10977-3403 |
| DESIR, ANATOLE | 130 W ECKERSON RD APT 21A | SPRING VALLEY | NY | 10977-3511 |
| JEAN, PIERRE JACQES | 130 W ECKERSON RD APT 1B | SPRING VALLEY | NY | 10977-3513 |
| GUITIEREZ, EDDIE | 150 W ECKERSON RD APT 9C | SPRING VALLEY | NY | 10977-3523 |
| FELIX, YANICK | 7 BROOK ST | SPRING VALLEY | NY | 10977-3638 |
| GLAUDE, ADMA | 50 CREEKSIDE CIR | SPRING VALLEY | NY | 10977-3907 |
| TORRES, YULMER | 268 N MAIN ST | SPRING VALLEY | NY | 10977-4038 |
| CONTRERAS, CINTIA | 268 N MAIN ST APT 1B | SPRING VALLEY | NY | 10977-4088 |
| TORREZ VALDEZ, YULMER | 268 N MAIN ST APT 1B | SPRING VALLEY | NY | 10977-4088 |
| OLMAN, OBERLINEDA | 175 N MAIN ST | SPRING VALLEY | NY | 10977-4128 |
| MARCOS, ANNA | 82 N COLE AVE | SPRING VALLEY | NY | 10977-4772 |
| ANIS, DIEUJUSTE | 73 FRED HECHT DR | SPRING VALLEY | NY | 10977-5111 |
| CAJOU, JOSETTE | 121 FRED HECHT DR | SPRING VALLEY | NY | 10977-5156 |
| RALIOS, MARGARITA | 273 W ROUTE 59 | SPRING VALLEY | NY | 10977-5449 |
| GALICIA LOPEZ, JORGE | 36 S MADISON AVE | SPRING VALLEY | NY | 10977-5576 |
| RENAULD, BETTY | 500 E FUNSTON AVE APT 30 | SPRING VALLEY | NY | 10977-5753 |
| MILLAMONE, SOLOMON | 27 FAIRVIEW AVE | SPRING VALLEY | NY | 10977-5811 |
| PARKER, MORTON | 358 ROOSEVELT AVE | SPRING VALLEY | NY | 10977-5831 |
| SZALAJ, ALICJA | 101 HEITMAN DR | SPRING VALLEY | NY | 10977-6045 |
| ESTODILLO, ALEJANDRO | 24 GARRISON DR | SPRING VALLEY | NY | 10977-6070 |
| FINN, LUCILLE | 681 CHESTNUT RIDGE RD | SPRING VALLEY | NY | 10977-6200 |
| GROSINGER, JOSEPH | 2 CLEVELAND AVE | SPRING VALLEY | NY | 10977-7800 |
| SULLIVAN, ROBERT | 106 PLEASANT STREET EXT # B | MONTICELLO | NY | 12701-3705 |
| GONZALEZ, GEORGE | PO BOX 120 | PORT JERVIS | NY | 12771-0120 |
| CORONATO, RONALD | PO BOX 329 | PORT JERVIS | NY | 12771-0329 |
| ROFF, TABATHA | 29 CULVERT ST APT G10 | PORT JERVIS | NY | 12771-1315 |
| BALDERAS, LUISA | 36 HUDSON ST APT 2 | PORT JERVIS | NY | 12771-1409 |
| BLACK, CRAIG | 50 ORANGE ST APT B | PORT JERVIS | NY | 12771-1431 |
| READ, GELANI | 26 BROOKLYN ST | PORT JERVIS | NY | 12771-1510 |
| BELASSI, MARIA DELAS MERCE | 67 CANAL ST APT 2 | PORT JERVIS | NY | 12771-1625 |
| CONKLIN, STEVEN | 10 PROSPECT ST APT 2 | PORT JERVIS | NY | 12771-1733 |
| EDWARDS, THERESA | 20 W BROOME ST | PORT JERVIS | NY | 12771-1801 |
| JONES, DAVID | 3 DELAWARE ST | PORT JERVIS | NY | 12771-1805 |
| RODRIGUEZ, YAHAIRA | 149 PIKE ST | PORT JERVIS | NY | 12771-1809 |

| | | | | |
|---|---|---|---|---|
| OUTWATER, GEOFFREY | 2 E MAIN ST | PORT JERVIS | NY | 12771-1903 |
| CHERMARK, SIMONE | 1 RIDGE AVE # 2 | PORT JERVIS | NY | 12771-1920 |
| FRALEIGH, DARRIN | 5 RIDGE AVE APT 1 | PORT JERVIS | NY | 12771-1920 |
| WEED, AMANDA | 3 BARCELOW ST | PORT JERVIS | NY | 12771-2008 |
| HARDEN, CAROLINE B | 78 E MAIN ST | PORT JERVIS | NY | 12771-2109 |
| HANSORD, NASHANA | 71 FRANKLIN ST | PORT JERVIS | NY | 12771-2124 |
| QUICK, RITA | 41 ORCHARD ST | PORT JERVIS | NY | 12771-2126 |
| GEMMILL JR, WAYNE | 41 OLD GREENVILLE TPKE | PORT JERVIS | NY | 12771-2340 |
| COLON, OSCAR | 1 SUSSEX ST APT 3B | PORT JERVIS | NY | 12771-2466 |
| EYRE, JOHNATHAN | 165 FRONT ST | PORT JERVIS | NY | 12771-2603 |
| JENNINGS, SHAREENA | 122 JERSEY AVE APT 1 | PORT JERVIS | NY | 12771-2610 |
| HARDICK, TRACY LYNN | 144 BALL ST # 2 | PORT JERVIS | NY | 12771-2627 |
| GENOVAL, EDDIE | 206 W MAIN ST | PORT JERVIS | NY | 12771-2836 |
| TORRES, JESUS | 5 NEW ST | PORT JERVIS | NY | 12771-2914 |
| DOYLE, BETTY | 26 QUARTZ LN APT 3 | PORT JERVIS | NY | 12771-3354 |
| CAPRONI, LOUIS | 19 QUARTZ LN | PORT JERVIS | NY | 12771-3384 |
| FULLER, CHRISTOPHER A | 49 NEVERSINK DR | PORT JERVIS | NY | 12771-3811 |
| FULLER, LACEY N | 49 NEVERSINK DR | PORT JERVIS | NY | 12771-3811 |
| STAUSS, WILLIAM | 10 FORREST DR | PORT JERVIS | NY | 12771-5219 |
| SULLIVAN, KELLY L | 11 ROSE ST | PORT JERVIS | NY | 12771-5232 |
| GATDULA, LEANA | 103 RYAN ST APT F6 | PORT JERVIS | NY | 12771-8207 |
| FULLER, MICHAEL A | PO BOX 137 | SPARROW BUSH | NY | 12780-0137 |
| BISHOP, DEMETRIOUS | PO BOX 518 | SPARROW BUSH | NY | 12780-0518 |
| FERGUSON, HEATHER L | PO BOX 518 | SPARROW BUSH | NY | 12780-0518 |
| ELDER, THOMAS M | PO BOX 527 | SWAN LAKE | NY | 12783-0527 |
| BIGUEUR, REGINA | 67 LINCOLN ST | SLOATSBURG | NY | 10974-1221 |
| MORRIS, NOAH | PO BOX 45 | TUXEDO PARK | NY | 10987-0045 |
| STARK, ROBIN | PO BOX 45 | TUXEDO PARK | NY | 10987-0045 |
| JONES, DEBORAH | PO BOX 63 | CENTRAL VALLEY | NY | 10917-0063 |
| SMITH, MILTON | 30 PEDDLER HILL RD APT 4 | MONROE | NY | 10950-1850 |
| BROICH, LAURA | 467 NELSON RD | MONROE | NY | 10950-4252 |
| GLEASON, KELLYANNE | 122 W MOMBASHA RD | MONROE | NY | 10950-5321 |
| FRIEDRICH, DAVID | 4 LIPA FRIEDMAN LN UNIT 202 | MONROE | NY | 10950-6265 |
| KEESHEN, JAMES D | 45 ASHLEY AVE | MIDDLETOWN | NY | 10940-1912 |
| PEZZULLO, RALPH | 82 BERT CRAWFORD RD | MIDDLETOWN | NY | 10940-2103 |
| GALLOWAY, DOC | 406 NORTH ST | MIDDLETOWN | NY | 10940-3604 |
| GIGGEY, DAVID | 18 SPROAT ST | MIDDLETOWN | NY | 10940-3713 |
| GUTIERREZ, ESTEBAN | 162 WICKHAM AVE FL 1ST | MIDDLETOWN | NY | 10940-3717 |
| GONZALES, MIGUEL | 17 1/2 GRAND AVE | MIDDLETOWN | NY | 10940-4019 |
| FERRAN, SARAH | 12 KING ST # 14 | MIDDLETOWN | NY | 10940-5747 |
| GUARDIOLA, AIDA | 6 BERKMAN DR | MIDDLETOWN | NY | 10941-1231 |
| MARTIRE, CHELSEA | 38 SHELLEY CT | SCOTCHTOWN | NY | 10941-1814 |
| MCGILLICUDDY, JUNE | PO BOX 32 | BLAUVELT | NY | 10913-0032 |
| DIAZ, CARMEN | 34 MAIN ST | HAVERSTRAW | NY | 10927-1929 |
| ESPINAL, WILTON | 21 SOUTH ST APT 1 | HAVERSTRAW | NY | 10927-2020 |
| FRANCOIS, HERALD | PO BOX 559 | NYACK | NY | 10960-0559 |
| GUARNERI, MICHAEL | 6 MAPLE ST APT 2 | NYACK | NY | 10960-4307 |

| | | | | |
|---|---|---|---|---|
| JONES, RICHARD | 140 OLD ORANGEBURG RD | ORANGEBURG | NY | 10962-1157 |
| BRECK, JEAN | 88 CARTWRIGHT RD | PRATTSVILLE | NY | 12468-5300 |
| MURPHY, DEENA | 91 TOWNE RD | ELLENVILLE | NY | 12428-5721 |
| GILCHRIST, LEE,JAMES | PO BOX 679 | CATSKILL | NY | 12414-0679 |
| SCULLY, AMBER | PO BOX 192 | SPRING GLEN | NY | 12483-0192 |
| FERNANDEZ, FRANCISCO | 44 8TH ST | HUDSON | NY | 12534-2902 |
| MCNAMARA, JESSICA | PO BOX 2524 | NEWBURGH | NY | 12550-0766 |
| DEMAS, GENISA | 607 ROMAN WAY | NEWBURGH | NY | 12550-8654 |
| MAYSONET, JOSE L | 1000 HEIDI CT # 1301 | NEW WINDSOR | NY | 12553-8055 |
| FIELDS, WILLIAM | PO BOX 1294 | PINE BUSH | NY | 12566-1294 |
| SULLO, VALERIE | 6 MOUNTAIN VIEW AVE | PINE BUSH | NY | 12566-6121 |
| GORE, DAVID | PO BOX 222 | CUDDEBACKVILLE | NY | 12729-0222 |
| NAY, GEORGIA S | PO BOX 590 | CUDDEBACKVILLE | NY | 12729-0590 |
| KINGSTON, NORMAN | 78 MYERS RD | GODEFFROY | NY | 12729-2025 |
| MOORE, JUSTIN | 173 PROSPECT HILL RD | CUDDEBACKVLLE | NY | 12729-5009 |
| FERSCH, CHRISTINA | PO BOX 35 | ELDRED | NY | 12732-0035 |
| VARGAS, ESTHER | PO BOX 58 | ELDRED | NY | 12732-0058 |
| HORNER JR, DENNIS | 128 PROCTOR RD | ELDRED | NY | 12732-5206 |
| ELLIOTT, DAPHNE | 385 E 9TH AVE | ROSELLE | NJ | 07203-2103 |
| FINN, MICHAEL | 64 W 9TH ST APT 1R | NEW YORK | NY | 10011-8970 |
| CRIPPEN, NANCY | 211 W 101ST ST # 205 | NEW YORK | NY | 10025-5027 |
| EWART, GLORIA | PO BOX 1417 | BRONX | NY | 10451-1417 |
| MOJICA, ANGEL | 721 TINTON AVE # 12 | BRONX | NY | 10455-2215 |
| FOFANA, MAMADOU | PO BOX 82 | BRONX | NY | 10456-0082 |
| DELAHANTY, JAMES | PO BOX 487 | MONTROSE | NY | 10548-0487 |
| FORREST, BEVERLEY | 1352 NEW YORK AVE APT 1D | BROOKLYN | NY | 11210-6202 |
| EISENBACH, SIMCHA | 225 DIVISION AVE | BROOKLYN | NY | 11211-7223 |
| LAWRENCE, ROCHELLE | 9720 KINGS HWY APT 212 | BROOKLYN | NY | 11212-8503 |
| WRIGHT, LISA | 221 LINDEN BLVD | BROOKLYN | NY | 11226-3479 |
| PULEO, DOUDOU DAISY | 18 GEORGETOWN LN | BROOKLYN | NY | 11234-5742 |
| GIANNANTONIO, SHERRI | PO BOX 2431 | BALLSTON SPA | NY | 12020-8431 |
| TAYLOR, AMBER | 9 PARKWOOD ST FL 1ST | ALBANY | NY | 12208-2806 |
| AYALA, VICTOR | 200 N LEVITT ST APT 220 | ROME | NY | 13440-3082 |
| FRIBERG, ENAR | 41861 STATE HIGHWAY 10 | DELHI | NY | 13753-3203 |
| ROLOSON, TRAVIS | 22 GARDINER PL APT 1 | WALTON | NY | 13856-1356 |
| PETRIDES, BRIAN | 2608 WATSON BLVD APT B9 | ENDWELL | NY | 13760-3286 |
| BENSON, JOYCE A | 7 LAKEVIEW DR | HONEOYE | NY | 14471-9315 |
| GOULD, JEANNA | 2320 SPRING HOUSE LN APT C | AUGUSTA | GA | 30907-3435 |
| KING, MARK | 515 RT 6N | MAHOPAC | NY | 10541 |
| FAUCHERE, MICHAEL | 34 ROWE PLACE | FLORIDA | NY | 10921 |
| GEOGHAN, DAVID | 214 HOME SCHOOL RD | MIDDLETOWN | NY | 10940 |
| GRIPPO, MICHELE | 41 OVERLOOK LN | AIRMONT | NY | 10901 |
| GARGIULO, GRACE | 87 SOUTH RTE 9W | HAVERSTRAW | NY | 10927 |
| MERITIL, RULX | 142 KEASING PARKWAY APT C | MONSEY | NY | 10952 |
| GALLPA, ALIAHANDRO | 178 SADDLE RIVER RD | CHESTNUT RIDGE | NY | 10977 |
| SEFAFINSKI, JERRY | 35 MADISON ST APT 1H | SPRING VALLEY | NY | 10977 |

| | | | | |
|---|---|---|---|---|
| BRIGGS, EDWARD | 45 EAST SHORE ROAD | STERLING FOREST | NY | 10979 |
| COOR, MONICA | 130-36 235TH STREET | LAURELTON | NY | 11413 |
| GALARZA, JEAN | 1201 MT RD | PORT JERVIS | NY | 12771 |
| RUARK, JAMES | 7 COYOTE DRIVE | PORT JERVIS | NY | 12771 |
| SHIPMAN, JAMIE | 81 EAST THOMPSON PLACE | SMALLWOOD | NY | 12778 |
| COMFORT, BRANDI M | 218 AIRPORT RD | YULAN | NY | 12792 |